IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 98-14048-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALBERT LEE RIGGINS,

        Defendant,
_____/

### ORDER SETTING SENTENCE

THIS MATTER is hereby set for Sentence before the Hon. Judge Ursula Ungaro, at the Ferguson United States District Court, 400 North Miami Ave., Room 12-4, Miami, Florida on **JUNE 12, 2008 at 10:00 a.m.**

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this _2_ day of June 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record