UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-14048-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALBERT LEE RIGGINS,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Government's Petition Alleging Violation of Conditions of Supervised Release. (D.E. 146.) The matter was referred to Magistrate Judge Frank J. Lynch who on May 1, 2008 issued a Report[1] recommending the Defendant's supervised release be revoked based on the following three violations.

| Violation Number | Nature of Compliance |
|---|---|
| 1. | <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law. On or about August 20, 2007, Port St. Lucie, Florida, the supervised releasee was driving with a suspended license, contrary to Florida Statute 322.34. |
| 2. | <u>Violation of Mandatory Condition</u>, by failing to notify the U.S. Probation Officer within seventy two (72) hours of being questioned by a law enforcement officer. On or about August 20, 2007, the supervised releasee was issued a criminal traffic citation by Port Saint Lucie Officer Byrne for driving with a suspended license and the supervised releasee failed to advise the U.S. Probation Officer. |
| 3. | <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law. On or about February 2, 2008, in Port Saint Lucie, Florida, the supervised releasee possessed crack cocaine, |

---

[1] See D.E. 163.

contrary to Florida Statute 893.13.

The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.  The Defendant's supervised release is REVOKED based on violations numbered one through three.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record