UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 98-14048-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALBERT LEE RIGGINS,

        Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

It appearing to the Court that on January 10, 2001, after a sentence imposed of One Hundred (100) Months imprisonment and Five (5) Years Supervised Release. The defendant having now been duly brought before this court for hearing upon petition of the Probation Officer for revocation, and it further appearing that said defendant has violated the conditions of his Supervised Release, it is therefore

ORDERED and ADJUDGED that the defendant's Supervised Release is revoked and the defendant is sentenced to EIGHTEEN (18) MONTHS imprisonment in the Bureau of Prisons with no Supervised Release to follow. It is further recommended that the defendant be placed in a Florida facility.

DONE and ORDERED in chambers at the United States Courthouse, Miami, Florida, this 2 day July, 2008.

                                      *Ursula Ungaro*
                                      URSULA UNGARO
                                      UNITED STATES DISTRICT JUDGE

cc: Csl of record
    Probation